UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| PATRICK J. HYDE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 06-2019 |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY,[1] ) | |
| ) | |
| Defendant. ) | |

# REPORT AND RECOMMENDATION

In September 2005, Administrative Law Judge Barbara Welsch (hereinafter "ALJ") denied Plaintiff Patrick Hyde's applications for both Supplemental Security Income and Disability Insurance Benefits. The ALJ based her decision on a finding that Plaintiff is not only able to perform his past relevant work but also capable of performing other work that exists in significant numbers in the national economy.

In January 2006, Hyde filed a complaint against Defendant Michael Astrue,[2] the Commissioner of Social Security, seeking judicial review of the ALJ's decision. In January 2007, Plaintiff filed a Motion for Summary Judgement [(sic)] (#18). In February 2007, the Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#19). After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's Motion for Summary Judgement (#18) be denied. Consistent with that recommendation, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#19)** be **GRANTED**.

---

[1]Pursuant to FED. R. APP. P. 43(c), we have substituted Michael J. Astrue for Jo Anne B. Barnhart as the named defendant-appellee.

[2] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael Astrue was substituted for Jo Anne Barnhart as the defendant in this suit.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within ten (10) working days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objection on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 29th day of June, 2009.

                                              s/ DAVID G. BERNTHAL
                                              U.S. MAGISTRATE JUDGE