**E-FILED**
Friday, 20 July, 2007   10:26:08 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **PATRICK J. HYDE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 06-2019 |
| ) | |
| **MICHAEL J. ASTRUE, COMMISSIONER** ) | |
| **OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On June 29, 2007, two Reports and Recommendations (#21, #21) were filed by the Magistrate Judge in the above cause. More than ten (10) days have elapsed since the filing of the Recommendations and no objections have been made. <u>See</u> 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. <u>See Video Views, Inc. v. Studio 21, Ltd</u>, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#20, #21) are accepted by this court.

(2) Accordingly, Plaintiff's Motion for Summary Judgment (#18) is DENIED and Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#19) is GRANTED. Judgment is entered in favor of Defendant and against Plaintiff.

(3) This case is terminated.

ENTERED this <u>20th</u> day of <u>July</u>, 2007.

s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE